IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| ADDICTING GAMES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-56 |
| ) | |
| ADDICTING.COM, ) | |
| ADDICTINGGAMES.COM, and ) | |
| ADDICTINGGAME.COM, Internet ) | |
| domain names, ) | |
| ) | |
| Defendants. ) | |

## ORDER

THIS MATTER comes before the Court on Intervenor Federal Investment Group, LLC's Motion to Dismiss pursuant to Federal Rule of Civil Procedure Rule 12(b)(2), Or in the alternative, for Change of Venue Pursuant to Federal Rule of Civil Procedure 12(b)(3). The Court finds that the Plaintiff properly filed the case in this Court. Accordingly, it is hereby

ORDERED that Intervenor's Motion to Dismiss is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 19, 2019