# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| ADDICTING GAMES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-56 |
| ) | |
| ADDICTING.COM, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated January 10, 2020. The parties have not filed objections to the Report and Recommendation. Based on a de novo review of the evidence in this case and having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court adopts the Magistrate Judge's Report and Recommendation. It is hereby

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED, and that Defendants Addictingames.com, wwwaddictinggames.com, and Addictinggame.com be transferred by applicable registrars or registries to Plaintiff's control and that any other domain names registered by the registrants of those

Defendants that resemble or include the Plaintiff's mark be transferred by the applicable registrar or registry to Plaintiff.

                                                  /s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 31, 2020